# 14CV0309

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____ x

JOHN L. PEJEREC

Plaintiff,                    CIVIL RIGHTS
                              COMPLAINT

-against-

                              JURY TRIAL
                              DEMAND

THE CITY OF NEW YORK,
THE CITY OF NEW YORK POLICE DEPT.,
and New YORK CITY POLICE

OFFICER: MENNA, SHIELD No:
952006 (In his official
and individual capacities).

          -Defendants.

_____ x

JOHN L PEJEREC, PRO SE under

the penalties of Perjury files

this Civil Rights complaint cont-

aining both Federal and New York

state causes of action in this court, the U.S. District Court (S.D.N.Y.), Pursuant to 28-USC §1746. Jurisdiction of this court is proper under 28 U.S.C §1331 and 20 U.S.C 1681 et seg. Pursuant to U.S.C. §1367, this U.S. District court (S.D.N.Y.) has ALSO supplemental jurisdiction over my claims and causes of action under the state of New York.

Plaintiff pro se seeks FORMIS PAUPERIS status to waive Filing fee costs as I was rec-ently out of work for four (4) months

## NATURE OF ACTIONS:

Pursuant to : 42 u.s.c § 1983 for the deprivation under the color of state law of my rights, privileges & immunities secured by both the u.s. constitution and constitution of the state of

③

New York, AND laws, shall be liable to myself injured in an action at law, suit in equity, or other proper pro-ceeding for redress. _ALL_ _PEFEN-_ _DANTS_ _HEREIN_, acted under the color of STATE LAW, Pursuant to: 42 u.s.c. $ 1983, N.Y. Articles: 1 $ 6 - BILL OF RIGHTS, 1 $ 11 & 1 $ 12 EQUAL PROTECTION to this state's constitution,

④

violation of my 1st, 4th, 5th, and 14th Amendments to the U.S. constitution. ALSO CONSPIRACY to violate ALL Amendments just listed under Federal & state. LASTLEY, VENUE, Pursuant to : 28 U.S.C.A. 1391 (b) as ALL claims happened within the county of New York (Manhattan).

⑤

## DEFENDANTS: CITY OF NEW YORK AND NEW YORK CITY POLICE DEPARTMENT:

1) A Timely Article § 50, NOTICE OF CLAIM was timely served upon the city of New York and Controller's office, ( see EXHIBIT A ) → CLAIM No: 2013 P I O O 9579

2) The Notice of claim details this complaints specifics explicitly. — CLAIM No: 2013 P I O O 9579

3) The defendant, the city of New York never requested a 50(h) hearing. Neither did the N.Y.P.D.

⑥

4) THE office of the comptroller contacted me with a request of specifics regarding my claim that was presented to them by me. They NEVER re-contacted me afterwords. As such, I've exhausted all administrative remedies. (see EXHIBIT B)

5) 1ˢᵗ CAUSE OF Action against

N.Y. city }: — MONELL CLAIM. —
N.Y. P.D. }

the city of New york has an adopted ⑦ Policy for the

issues   expressed   in   the   NoTICE

oF   CLAIM   (EXHIBIT   A) ie: STOP +
                                    FRISK, etc.

6)      2nd    Cause    of    Action:

   False   Arrest   +   Imprisonment   in

violation      of      the  u.s. 4th  Amen-

dment,    illegal    search   +   seizure

by       Police    officer    Menna,

violation     of     the  u.s. 14    Amend-

ment ;  N.Y. Articles°:   1§6 ,   1§11,

1§12     as    he    acted    as

an     agent    to    the    city of

New    York,    under  42 §1983 +  state
                              claims.

⑧

7) 3rd Cause of Action against NYPD & the city of N.Y, — Malicious Prosecution under 42 u.s.A. ∫ 1983 + N.Y. state, as the charges via the accusa-tory instrument was dismissed. (see Disposition, EXHIBIT C)

8) 4th Cause of Action against the city of New York, + N.Y.P.D. : violation of my 14 amendment to the U.S. constitution

⑨

and N.Y. Articles : 1 § 11 + § 12 ⟶

EQUAL PROTECTION , that being, the

City via it's agent P.O. Menna

treated me disparagingly as

if not held to the same

Standard as tourists. Actions

like drinking ice tea in a

Paper bag AND dropping accident-

ly some garbage from a

bag of such as attempting

to place in the cities

(10)

repository    NEVER    should    have

warranted    the    actions    taken

against    me.

---

9) The    policy    of    STOP &

Frisk,    with    no    probable cause

was    done    so    upon    myself

un- constitutionally.

---

DEFENDANT : P.O. MENNA

---

10)    1st    Cause    of    action:

False    Arrest    &    Imprisonment:

⑪ 42 U.S.A. § 1983

in violation of illegal search & seizure via the 4th Amendment to the U.S. Constitution, 14th, and 1§6, 1§11 & 1§12 of the state of New York.

---

11) <u>2nd Cause of Action</u> <u>against P.O. Meina:</u> — <u>Malicious</u> <u>Prosecution</u>, for all the reasons previously stated herein on page nine (9), Item seven (7).

(12)

12) 3rd Cause of action against P.O. Menna: violation of my rights under EQUAL PROTECTION under the 14 Amend to the U.S. Const. + N.Y. Articles: $1 \int 11$ + $1 \int 12$ for all the reasons stated on pages: nine (9), ten (10) + eleven (11) of issue: eight (8). Acting un-constitutionally, thus outside the scope of privilege

13) 4th Cause of action against P.O. menna: CONSPIRACY to falsely Arrest + Imprisonment;

⑬

Maliciously   Prosecute   and   violate

all   aforementioned   rights   under

6oth   the   u.s   &   state   constitu-

tions.   → Acting   un-constitutionally,   see:
EX-Parte Young, outside the scope
                    , of his duties

14)   As   such,   via   BOTH   DEFEND —

ANTS,   I've   suffered   emotional

pain & suffering,   mental   anguish,

physical   pain   &   suffering   as

personal   injury, etc.   &   lost   work.

15)   Damages,   →   up   to   a   jury.

However,   demand   of   $360,000

(14)

in        exemplay        and  $360,000

in      compensatory        against   <u>Att</u>

defendants      herein.   <u>Punitive  damages</u>

seeked      here    decided    by   jury

asking: $ 500,000, <u>defendant  Menna  only</u>.

<u>Dated:</u>  January  10th  2014              Respectfully

              N.Y. N.Y.                        Submitted,

                                              <u>John L Peterec</u>

REQUEST  THIS  COURT:        John  L.  Peterec

TO   ORDER   THE  CITY      244   5th  Ave.

OF   NEW  YORK  TO          Apt #: J-292

DIVULGE   WHERE ABOUTS      New York, NY 10010.

OF  N.Y.City P.O. MENNA

FOR  PROPER  SERVICE

              Telephone: (646) 234-2734.

                    (15)

EXHIBIT A

ARTICLE § 50   NOTICE OF CLAIM

-against-

THE CITY OF NEW YORK

&

THE NEW YORK CITY POLICE

DEPT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, JOHN L. PETEREC, under the penalty of perjury, hereby states the following:

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
[illegible] MANAGEMENT UNIT

2013 APR -4   PM 2: 53

1) This hand-written Notice of Claim conforms with the proper format under Article § 50, and thus must

be    accepted    as    such.

2)  The   city   of   New York   is   a
municipal   corporation   that   sues   and
can   be   sued.

3)  The    New   York   City   Police   Dept.
acted    as    Policy    Maker   & Enforc-
er    Thus    making    the    City of
New   York    liable.

4)  The    issues   in    my    claim
herein,    is    that    of    a   consis-
tent    policy,   a dopted   custom
of   the   city   of   New York.

5)  It    has    been    substantiated,

(2)

that the city of New York fails to prosecute member of it's police force who break the law and fails to discipline those who violate both the state of N.Y. and the United States Constitution.

6) THIS, DESPITE the fact that all Police officers are newly Sworn in and take an oath to upheld there constitutions and perform their duties as such. The city of New York ③ FAILED TO TRAIN them.

7) The Police Dept AND the individual officer named herein, acted into their duties, in their official capacities and under the color of state Law.

8) Yet, despite ALL of this, I was deprived off my state AND U.S. Constitutional Rights.

9) ⟶ ON THE EVENING OF JANUARY 10th, 2013, while

(4)

walking West on 44th street at just about 6:PM in Manhatten I was stopped and seized by N.Y. city police officer, MENNA (No First name); Tax Registry #: 952006, comm-and Code #: 0161. He demanded to Know where I was going and where I was coming from. At the time I was drinking

(5)

a    Can    of    ARIZONA,
Ginseng & Honey   24 02   Ice tea
in    a    brown    paper    bag.
P.O. Mama    asked    me    what
was    in    the    plastic    bag   I
was    carrying    and    why    the
iced    tea    was    in    a    brown
paper    bag?    ~~I~~    informed    him
that    the    reasons    were    to
keep    the    can    cool.    I

(6)

ALso stated that the tea was pretty much consumed and I was going to in fact, throw the can into a garabage receptacle. P.O. Menna informed me that " my body language, and the way I looked and the can in a brown paper bag doesn't look good to the tourists" etc.

⑦

10) I informed him that none of that concerned me and at that point, he demanded my identification. I presented to him my driver's license and asked him why he needs it. He ordered me "to keep quite still, to keep quiet and wait there". He then went on his radio walkie-talkie. Fifteen (15)

(8)

minutes later he handed me summons #: 4404787200 (SEE COPY ENCLOSED). This summons/ ticket stated my offense to being: PUBLIC CONSUMPTION OF ALCOHOL/ ADMINISTRATIVE CODE Section [10-25(b)]. The complaint/ Information, stating such is / was an absolute falsehood AND P.O. Menna offered a false instrument for filing.

⑨

Being I was 100% innocent of this, I took a day off from my employment on March 28th, 2013 to fight this bogus summonse at Midtown Community Court, 314 west 54, Street New York, N.Y. 10019 at 9:30 A.M.

---

11) In court, the accusatory instrument only says: "I'm going to throw this out."

(10)

There was nothing stating
for instance: a) Odor of Alcohol,
b) Drinking of an alcoholic bev-
erage, etc.

12) The judge at court upon
review of the facts immedia-
tely dismissed the charges &
saw no need for a trial
as P.O. Menna's accusatory instr-
ument contradicted the complaint/
Information on the enclosed summonse.



emotional    pain & suffering, etc, etc.

16)   The    city    of    New York    in
doing    so    committed    the    equivalent
of    a    False    Arrest    and    Imprison-
onment.

17)   The    city    of    New York    in
doing    so,    conducted    &    initiated
a    Malicious    Prosecution.

18)   The    city    of    New York    is
also    liable    for    the    tort
of    negligent - hireing    and
retention. ⟶ This    NOTICE OF
CLAIM    is    timely    via    the    ninety (90)
day    Rule.

(13)

19) DUE TO ALL OF THE FORE-
GOING, I respectfully request:

$ 360,000 in exemplary

damages,

$ 360,000 in compensatory

damages,

Zero (o) in punitive damages.

Date: New York, N.Y.
April 3ᵈ, 2013

Respectfully submitted,
John L. Peterec
John L. Peterec Pro Se
244 5ᵗʰ Ave. Apt #:
J-292, New York, N.Y. 10001
(917) 628-7300

14

CRC-3206 (7/09)

# Complaint/Information

## The People of The State of New York vs.

Name (Last, First, MI)
Peterec, John L

Street Address
244 5th Ave                                                    Apt. No.
                                                               3292

City                              State            Zip Code
New York                          NY               0001

ID/License Number          State     Type/Class    Expires (mm/dd/yy)   Sex
421055033                  NY        E             02/17/19             M

Date of Birth (mm/dd/yy)   Ht    Wt    Eyes   Hair   Hair/Reg
02/17/60                   510   180   BR     BL

Reg State   Expires (mm/dd/yy)   Plate Type   Veh Type   Make   Year   Color

### The Person Described Above is Charged as Follows:

Time 24 Hour (hh:mm)   Date of Offense (mm/dd/yy)                County
1750                   01/10/13                                 NY

Place of Occurrence                                             Precinct
Amtsel 200 W44                                                  614

In Violation of   Subsection   V/T/L   Admin   Penal   Park   Other
Section                                Code    Law     Rules
10-125(b)

### Title of Offense:
Public Consumption of Alcohol

Bronx Criminal Court - 215 E 161' Street, Bronx, NY 10451

Kings Criminal Court - 346 Broadway, New York, NY 10013

Redhook Community Justice Center - 88-94 Visitation Place, Brooklyn, NY 1

New York Criminal Court - 346 Broadway, New York, NY 10013

Midtown Community Court - 314 W 54' Street, New York, NY 10019

Queens Criminal Court - 120-55 Queens Boulevard, Kew Gardens, NY 11415

Richmond Criminal Court - 67 Targee Street, Staten Island, NY 10304

Defendant stated on my presence (in substance):

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

Complainant's Full Name Printed      Rank/Full Signature of Complainant   Date Affirmed (mm/dd/yy)
Menno                                PO CL                                01/10/13

Agency      Tax Registry #                      Command Code
NYPD        952006                              0161

The person described above is summoned to appear at NYC Criminal Court   Summons Part   Count
located at:                                                              AR6            1
314 W54 St

Date of Appearance (mm/dd/yy)                   At 9:30 a.m.
03/28/13

## DEFENDANT'S COPY

**Notice** - If you do not follow these instructions a warrant may be ordered for your arrest.

To Plead Not Guilty: You must come to court at the place and time shown on the front of this summons.

To Plead Guilty: You must come to court at the place and time shown on the front of this summons. However, if you are charged with Public Consumption of Alcohol, or Public Urination, you may plead guilty by mail. If you plead guilty by mail you do not have to come to court.

To Plead Guilty by Mail within 10 days of the date this summons was issued (To one of the above two charges only):
* Complete and sign the **"Guilty Plea by Mail Form"** below.
* Prepare a check or money order payable to NYC Criminal Court for $25 for Public Consumption of Alcohol or $50 for Public Urination.
    * Write the summons number on the check or money order.

**DO NOT SEND CASH.**

* Mail the check or money order with this completed form to:

**NYC CRIMINAL COURT
P.O. BOX 555
NEW YORK, N.Y. 10013-0555**

**The court record of this case will show your guilty plea to an offense that is not a crime under New York law. This guilty plea will be a public record available at the courthouse. Consult with an attorney if you have questions about this.**

Guilty Plea By Mail Form
For Public Consumption of Alcohol or Public Urination Only

I plead guilty to the following charge (Place a mark next to correct charge.)

____ Public Consumption of Alcohol [Administrative Code section 10-125 (b)], a violation not a crime as charged on this summons.
* I understand that this violation is punishable by a fine of not more than $25 or imprisonment of up to five days or both.
* I agree that the sentence imposed will be a $25 fine.

____ Public Urination [Administrative Code section 16-118(6)], a violation not a crime as charged on this summons.
* I understand that this violation is punishable by a fine of $50-$250 or imprisonment for up to ten days or both.
* I agree that the sentence imposed will be a $50 fine.

By entering a plea of guilty to this charge I agree to the following:
* I waive arraignment in open court, the right to the assistance of a lawyer, and the right to receive a copy of the accusatory instrument.
* I understand that a plea of guilty to the charge is equivalent to a conviction after a court trial.
* I understand that the court can refuse my guilty plea. If this occurs my payment will be returned and the court will notify me in writing when and where to come to court regarding this summons.

I plead guilty to and admit committing the offense as set forth in this summons.

Signature _____ Date _____
Check or Money Order Payable to NYC Criminal Court Must Be Enclosed.